IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GUADALUPE CHAIREZ-DE LA ROSA,<br><br>　　　　　　　Defendant. | 4:15CR3006<br><br>**ORDER** |

　　　Defendant has moved to continue defendant's change of plea hearing.  (Filing No. 26).  As explained by counsel, there has been a complication that needs to be looked into before the defendant enters a plea of guilty.  The motion to continue is unopposed.  Based on the representations of counsel, the court finds the motion should be granted.  Accordingly,

　　　IT IS ORDERED:

1)　　Defendant's motion to continue, (filing no. 26), is granted.

2)　　The defendant's plea hearing will be held before the undersigned magistrate judge on March 25, 2015 at 9:30 a.m..  The defendant is ordered to appear at this hearing.

3)　　For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

March 11, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge